UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:11-00072 |
| | ) CHIEF JUDGE HAYNES |
| CHASWAN NABRYA BATTLE | ) |

## MOTION TO EXTEND TIME FOR FILING
## MOTIONS REQUIRING AN EVIDENTIARY HEARING

Through counsel, defendant Chaswan Battle moves to extend the time for filing pretrial motions requiring an evidentiary hearing until two weeks prior to any trial date. This matter currently is set for trial on November 27, 2012.

In support of this motion, defense counsel would show the following: Defense counsel has received discovery and provided it to Mr. Battle, but has not yet had an opportunity to discuss the discovery in person with Mr. Battle, who is incarcerated pending trial. Defense counsel cannot determine whether pretrial motions are appropriate or necessary until defense counsel reviews this matter thoroughly with Mr. Battle. For these reasons, the defendant moves to extend the deadline for filing a pretrial motions requiring an evidentiary hearing until two weeks prior to trial.

Respectfully submitted,

/s/ Caryll S. Alpert
CARYLL S. ALPERT, BPR #017021
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: caryll_alpert@fd.org

Attorney for Chaswan Nabrya Battle