UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-CR-72 |
| | ) | |
| CHASWAN BATTLE | ) | CHIEF JUDGE HAYNES |

## AGREED ORDER
## TO AUTHORIZE INDEPENDENT TESTING OF SUBSTANCES AT T.B.I. LABORATORY

This Honorable Court, seeing agreement of the parties, and for good cause hereby ORDERS that the Tennessee Bureau of Investigation (TBI) permit the use of their crime laboratory, by defense expert chemist, Michael Hitchcock so that he may conduct appropriate testing of the controlled substance evidence in this case. Further, this Honorable Court orders that:

1. Counsel for the defendant shall provide a copy of this order to TBI legal counsel, Heather Thorne, twenty (20) days prior to any testing.

2. The defendant is indigent and has received counsel through the Criminal Justice Act (CJA); thus full payment based on the TBI's payment schedule, shall be made pursuant to the CJA and its required procedures. The parties agree that the

payment schedule is $150/hr. for the laboratory, plus $50/hr. per piece of equipment used, plus a presently undefined sum that equals the supervising TBI scientists hourly compensation.

3. The defense expert, Michael Hitchcock, shall comply with the supervision requirements enumerated in TBI Policy 10-1-007(D), which include that prior to using any TBI equipment he shall demonstrate competency in using such equipment to the satisfaction of the supervising TBI scientist.

SO ORDERED ON THIS THE 13th DAY OF December, 2013,

The Honorable William Haynes
Chief Judge, District Court for the
Middle District of Tennessee

BY AGREEMENT:

/s/ Lynne Ingram
Lynne Ingram
Assistant United States Attorney

/s/ Richard Tennent
Richard Tennent
CJA Counsel for Chaswan Battle