UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00072 |
| | ) | CHIEF JUDGE HAYNES |
| CHASWAN NABRYA BATTLE | ) | |

**Motion to Cancel Pre-Trial Conference/Plea Hearing**
**Presently Set for 4:00 Today**
**and**
**To Set Plea Hearing for March 3, 2014**

Comes now the defendant, Chaswan Battle, and respectfully moves to cancel this afternoon's pre-trial conference/plea hearing, and to set this matter for a plea on March 3, 2014 at 3:00, or at whatever time and date is most convenient to this Honorable Court. In support of this Motion, Mr. Battle would show that the parties have reached a meeting of the minds, today, February 20, 2014, and that a "C-Plea" agreement has been reached, in principle. Additional time is necessary for the plea agreement to be formally drafted and duly approved. A comparison of the calendars of the attorneys suggests that March 3, 2014 would be a good date for the plea.

Respectfully submitted,

/s/ Richard Tennent
Richard Tennent
Counsel for the Defendant
414 Union Street, Suite 904
Nashville, TN 37219
(615) 244-1110/fax 244-1114
richard@btflaw.com

[Handwritten annotation: GRANTED. These motions are GRANTED and the hearing is reset for the date and time requested. (signed) 2-20-14]