IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:11-cr-00072 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| CHASWAN NABRYA BATTLE | ) | |

**ORDER**

As set forth on the record in open court, the Defendant, Chaswan Nabrya Battle, is sentenced to incarceration for a period of **time served**. Defendant shall be placed on supervised release for a period of **three (3) years**. It is further **ORDERED** that Defendant be held in custody until the Bureau of Prisons and/or the United States Probation Office determine if there exist any outstanding detainers for Defendant.

A formal judgment will follow.

It is so **ORDERED**.

**ENTERED** this the 10th day of March, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge